1050

ROBIN HENSIEK, *Appellant,* v. FRANKLIN PIERCE SCHOOL DISTRICT ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 03-2-11000-6, Ronald E. Culpepper, J., entered October 15, 2004. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, C.J., and Armstrong, J.

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL RICHARD CLIFTON, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 04-1-00567-0, Anna M. Laurie, J., entered October 22, 2004. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Houghton and Hunt, JJ.

THE STATE OF WASHINGTON, *Respondent,* v. JAMES L. WALTERS, *Appellant.*

Appeal from a judgment of the Superior Court for Clallam County, No. 04-1-00075-0, Kenneth D. Williams, J., entered October 29, 2004. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Van Deren, A.C.J., and Armstrong, J.

*In the Matter of the Parentage of* H1 ET AL.

Appeal from a judgment of the Superior Court for Pend Oreille County, No. 96-5-00026-1, Allen Nielson, J., entered March 18, 2004. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kato, C.J., and Sweeney, J.